UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-68-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRANCE FLOWERS | ) | |

This cause came before the undersigned on December 12, 2018, at Raleigh, North Carolina for a hearing. Pursuant to the general rule is that defendants who have been indicted together should be tried together, *see United States v. Rusher*, 966 F.2d 868, 877 (4th Cir. 1992), defendant's arraignment is hereby CONTINUED to the Court's February 2019 term so that he may be arraigned along with his co-defendant, Devonta Flowers.

Any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this 12 day of December, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE